IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00097-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAMBERTO LOPEZ-ROJAS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Due to a conflict with the probation officer's schedule, the hHearing on the supervised release violation is rescheduled to **January 18, 2011**, at 11:00 a.m. in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: January 6, 2011

                                            s/ Jane Trexler, Judicial Assistant